**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00441-CV

### IN RE DANIEL LEE KNOD, Relator

**Original Proceeding from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1235548**

## ORDER

Based on our opinion of today's date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

/s/    KERRY P. FITZGERALD
        JUSTICE